FILED online
10/03

JUN 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

TREA Senior Citizens League
909 N. Washington St., Suite 300
Alexandria, VA 22314

        Plaintiff

vs

United States Department of State
515 22nd Street, N.W.
Washington, D.C. 20522-6001

        Defendant

)
)
)
)
)
)
)
)
)
)
)

Civil Actin

CASE NUMBER  1:06CV01201

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06/29/2006

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __TREA Senior Citizens League__ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __TREA Senior Citizens League__ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

William J. Olson
Print Name

8180 Greensboro Dr., Suite 1070
Address

McLean, VA 22102-3860
City       State      Zip Code

(703) 356-5070
Phone Number

233833
BAR IDENTIFICATION NO.

2