# UNITED STATES DISTRICT COURT
## District of Columbia

TREA Senior Citizens League
909 N. Washington Street
Suite 300
Alexandria, VA 22314

**SUMMONS IN A CIVIL CASE**

V.

United States Department of State
515 22nd Street, N.W.
Washington, D.C. 20522-6001

CASE N

CASE NUMBER 1:06CV01201

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 06//2006

TO: (Name and address of Defendant)

United States Attorney General
950 Pennsylvania Avenue
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William J. Olson
William J. Olson, P.C.
8180 Greensboro Dr., Suite 1070
McLean, VA 22102

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUN 29 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 3, 2006 |
| NAME OF SERVER (PRINT) John S. Miles | TITLE Counsel for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  By Certified Mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/3/06
          *Date*

*Signature of Server*

8180 Greensboro Drive, Suite 1070
McLean, Virginia  22102-3860

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.