IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Department of State, through undersigned counsel, hereby moves for a 30 day extension of time, until September 6, 2006, to respond to plaintiff's Complaint. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's response to plaintiff's Complaint is currently due to be filed on or before August 7, 2006. In order to file a proper answer, counsel requires additional time to consult with officials at the State Department. Some of these officials are not or have not been immediately available. Defendant therefore seeks this enlargement of the deadline for responding to plaintiff's Complaint, the first such extension of time that defendant has sought in this case.

WHEREFORE, the defendant respectfully requests that this Court grant a thirty day extension of time to respond to plaintiff's Complaint in the above captioned case.

Dated: August 2, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

  /s/ Paul A. Dean
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov

Attorneys for Defendant

Of Counsel:

Brian Egan
Office of the Legal Adviser

U.S. Department of State