IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's motion for a thirty day extension of time to respond to plaintiff's Complaint, there being no opposition thereto, it is, this _____ day of August, 2006,

ORDERED, that defendant's motion for a thirty day extension of time to respond to plaintiff's Complaint is granted; and it is

FURTHER ORDERED, that defendant shall file an answer to plaintiff's Complaint on, or before, September 6, 2006.

_____
John D. Bates
United States District Judge