IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**<u>ERRATA</u>**

It has come to the attention of counsel for defendant Department of State that there is a typographical error in the Proposed Order filed August 2, 2006, as exhibit 1 to defendant's Unopposed Motion and Memorandum for an Extension of Time.

On the Proposed Order the name of United States District Judge John D. Bates improperly appears beneath the signature line.

A corrected version of the Proposed Order is appended to this filing. Counsel apologizes for any inconvenience this error has caused.

| | |
|---|---|
| Dated: August 2, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | KENNETH L. WAINSTEIN<br>United States Attorney |
| | ELIZABETH J. SHAPIRO (D.C. Bar #418925)<br>Assistant Director |
| |   */s/ Paul A. Dean*<br>PAUL A. DEAN<br>Member of the New York Bar<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch |
| Of Counsel: | 20 Massachusetts Avenue, NW, Room 6132<br>Washington, D.C. 20001 |
| Brian Egan<br>Office of the Legal Adviser | Telephone: (202) 514-1280<br>Facsimile: (202) 616-8470<br>Paul.Dean@usdoj.gov |
| U.S. Department of State | Attorneys for Defendant |