IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA