IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**JOINT MEMORANDUM PROPOSING A BRIEFING SCHEDULE
REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff TREA Senior Citizens League, jointly with defendant the United States Department of State, through undersigned counsel, hereby move the Court to enter the following agreed briefing schedule, which would govern the filing of motions for summary judgment in the above-titled case.

The parties propose the following schedule:

1. On or before December 15, 2006, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before January 29, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before February 28, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before March 21, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before January 29, 2007.

While defendant does not believe that discovery is either necessary or appropriate in this case, the parties agree that neither this submission nor the proposed order would preclude plaintiff from attempting to conduct discovery, or from filing other motions, to which it may be entitled.

A proposed form of order is attached.

Dated: September 29, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

  /s/ *John S. Miles*
JOHN S. MILES
D.C. Bar No. 166751
WILLIAM J. OLSON
D.C. Bar No. 233833
HERBERT W. TITUS
JEREMIAH L. MORGAN
William J. Olson, P.C.
8180 Greensboro Drive, Suite 1070
McLean, VA 22102-3860
703-356-5070 (telephone)
703-356-5085 (fax)
wjo@mindspring.com (email)

Attorneys for Plaintiff

  /s/ *Paul A. Dean*
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov

Attorneys for Defendant