IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Parties' Joint Memorandum Proposing a Briefing Schedule Regarding Cross-Motions for Summary Judgment, it is hereby:

ORDERED, that defendant submit its dispositive motion by December 15, 2006, and provide plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion by January 29, 2007; defendant, its reply and opposition by February 28, 2007; and plaintiff its reply by March 21, 2007.

ENTERED this _____ day of _____, 2006.

_____
Colleen Kollar-Kotelly
United States District Judge

Copies to:

John S. Miles
William J. Olson
Herbert W. Titus
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
8180 Greensboro Drive, Suite 1070
McLean, VA 22102-3860

Paul A. Dean
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001