IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Department of State, through undersigned counsel, hereby moves for a 14 day extension of time, until December 29, 2006, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index. The remaining briefing schedule dates would also be extended by 14 days so as not to prejudice either party. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before December 15, 2006. In preparing this motion, counsel requires more time for officials at the Department of State to review and consider the release of additional documents to plaintiff. Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the second extension of time that defendant has sought in this case.

If granted, the briefing schedule would be altered as follows:

1. On or before December 29, 2006, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before February 12, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before March 14, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before April 4, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before February 12, 2007.

WHEREFORE, the defendant respectfully requests that this Court grant a fourteen day extension of time to file it summary judgment motion in the above captioned case.

| | |
|---|---|
| Dated: December 8, 2006 | Respectfully submitted, |
| | PETER D. KEISLER<br>Assistant Attorney General |
| | JEFFREY A. TAYLOR<br>United States Attorney |
| | ELIZABETH J. SHAPIRO (D.C. Bar #418925)<br>Assistant Director |
| |   /s/ Paul A. Dean<br>PAUL A. DEAN<br>Member of the New York Bar<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch |
| Of Counsel: | 20 Massachusetts Avenue, NW, Room 6132<br>Washington, D.C. 20001 |
| Brian Egan<br>Office of the Legal Adviser | Telephone: (202) 514-1280<br>Facsimile: (202) 616-8470<br>Paul.Dean@usdoj.gov |
| U.S. Department of State | Attorneys for Defendant |