IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's memorandum for an extension of time, and there being no opposition thereto, it is,

ORDERED, that defendant submit its dispositive motion by December 29, 2006, and provide plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion by February 12, 2007; defendant, its reply and opposition by March 14, 2007; and plaintiff its reply by April 4, 2007.

ENTERED this _____ day of _____, 2006

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE