IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　　　)<br>U.S. DEPARTMENT OF STATE, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. )<br>　　　　　　　　　　　　　　　　　) | Civil Action No. 06-1201 (CKK) |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a 28 day extension of time, until January 26, 2007, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a Vaughn index. The remaining briefing schedule dates would also be extended by 28 days so as not to prejudice either party. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before December 29, 2006. Defendant has released additional documents to plaintiff and the parties are presently discussing a settlement of this litigation. Additional time is required for the parties to complete these discussions. Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the third extension of time that defendant has sought in this case, to facilitate the parties settlement discussions.

If granted, the briefing schedule would be altered as follows:

1. On or before January 26, 2006, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before March 12, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before April 11, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before May 2, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before March 12, 2007.

WHEREFORE, the defendant respectfully requests that this Court grant a twenty-eight day extension of time to file it summary judgment motion in the above captioned case for settlement discussions.

Dated: December 28, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

　/s/ Paul A. Dean　
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov

Of Counsel:

Brian Egan
Office of the Legal Adviser

U.S. Department of State

Attorneys for Defendant