IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of defendant's memorandum for a twenty-eight day extension of time to facilitate the parties' settlement discussions, and there being no opposition thereto, it is,

ORDERED, that defendant submit its dispositive motion by January 26, 2007, and provide plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion by March 12, 2007; defendant, its reply and opposition by April 11, 2007; and plaintiff its reply by May 2, 2007.

ENTERED this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE