IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendant, the Social Security Administration, through undersigned counsel, hereby moves for a four week extension of time, until February 23, 2007, to file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index. The remaining briefing schedule dates would also be extended by four weeks so as not to prejudice either party. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendant's motion for summary judgment is currently due to be filed on or before January 26, 2007. Defendant had released additional documents to plaintiff in December and the parties are still discussing a settlement of this litigation. Additional time is required for the parties to complete these discussions. Defendant therefore seeks this enlargement of the deadline for filing its motion for summary judgment, the fourth extension of time that defendant has sought in this case, to facilitate the parties settlement discussions.

If granted, the briefing schedule would be altered as follows:

1. On or before February 23, 2007, defendant will file a motion for summary judgment, with supporting memorandum of law, and accompanied by a <u>Vaughn</u> index.

2. On or before April 9, 2007, plaintiff will (1) respond to defendant's motion for summary judgment, and, if appropriate, (2) cross-move for summary judgment, with a supporting memorandum of law.

3. On or before May 9, 2007, defendant will (1) reply in support of its motion for summary judgment, and (2) respond to any motion for summary judgment filed by plaintiff.

4. On or before May 30, 2007, plaintiff will reply in support of its motion for summary judgment, if any, filed on or before April 9, 2007.

WHEREFORE, the defendant respectfully requests that this Court grant a four week extension of time to file it summary judgment motion in the above captioned case for settlement discussions.

Dated: January 25, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

  /s/ Paul A. Dean
PAUL A. DEAN
Member of the New York Bar
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6132
Washington, D.C. 20001
Telephone: (202) 514-1280
Facsimile: (202) 616-8470
Paul.Dean@usdoj.gov

Of Counsel:

Brian Egan
Office of the Legal Adviser

U.S. Department of State

Attorneys for Defendant

Case 1:06-cv-01201-CKK    Document 12    Filed 01/25/2007    Page 4 of 4