IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
TREA SENIOR CITIZENS LEAGUE,            )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 06-1201 (CKK)
                                        )
U.S. DEPARTMENT OF STATE,               )
                                        )
            Defendant.                  )
_____)

ORDER

Upon consideration of defendant's memorandum for a five-week extension of time to

facilitate the parties' settlement discussions, and there being no opposition thereto, it is,

ORDERED, that defendant submit its dispositive motion by March 30, 2007, and provide

plaintiff with a <u>Vaughn</u> Index by that date; that plaintiff submit its opposition and cross-motion

by May 14, 2007; defendant, its reply and opposition by June 13, 2007; and plaintiff its reply by

July 5, 2007.

ENTERED this _____ day of _____, 2006.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE