IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1201 (CKK) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| ) | |
| Defendant. ) | |

**JOINT MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff TREA Senior Citizens League, jointly with defendant the United States Department of State, through undersigned counsel, hereby move the Court for a two-week extension of all deadlines in this case. The parties have tentatively resolved the underlying issues and intend to file a consent order to that effect with this Court, subject to final approval by the Department of Justice. The parties are currently awaiting such approval. Thus, the parties respectfully request that the Court grant a two-week extension of all deadlines to allow them to gain the approval necessary to resolve this matter.

A proposed form of order is attached.

| | |
|---|---|
| Dated: March 30, 2007 | Respectfully submitted, |
| | |
| | PETER D. KEISLER |
| | Assistant Attorney General |
| | |
| | KENNETH L. WAINSTEIN |
| | United States Attorney |
| | |
| | ELIZABETH J. SHAPIRO (D.C. Bar #418925) |
| | Assistant Director |
| | |
|     /s/ *John S. Miles* |   /s/ *Paul A. Dean* |
| JOHN S. MILES | PAUL A. DEAN |
| D.C. Bar No. 166751 | Member of the New York Bar |
| WILLIAM J. OLSON | Trial Attorney |
| D.C. Bar No. 233833 | U.S. Department of Justice |
| HERBERT W. TITUS | Civil Division |
| JEREMIAH L. MORGAN | Federal Programs Branch |
| William J. Olson, P.C. | 20 Massachusetts Avenue, NW, Room 6132 |
| 8180 Greensboro Drive, Suite 1070 | Washington, D.C. 20001 |
| McLean, VA 22102-3860 | Telephone: (202) 514-1280 |
| 703-356-5070 (telephone) | Facsimile: (202) 616-8470 |
| 703-356-5085 (fax) | Paul.Dean@usdoj.gov |
| wjo@mindspring.com (email) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |