IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TREA SENIOR CITIZENS LEAGUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF STATE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1201 (CKK) |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

The parties herein, TREA Senior Citizens League ("Plaintiff") and the United States Department of State ("Defendant"), through their undersigned counsel, pursuant to Rule 41(a), Federal Rules of Civil Procedure, hereby stipulate that this action is settled, and should be dismissed with prejudice, on the following terms:

1. On or before April 30, 2007, Defendant will provide Plaintiff with a Declaration, signed by a responsible official of Defendant, identifying in accordance with the indexing requirements of Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973), all of the records in Defendant's possession or control which Defendant believes are exempt from disclosure under the Freedom of Information Act ("FOIA"), and listing all corresponding FOIA exemptions in support of that determination.

2. On or before April 30, 2007, Defendant will provide Plaintiff with a Declaration, signed by the agency official responsible for responding to these FOIA requests, confirming that Defendant has reasonably searched for the records requested by Plaintiff, and that all of the responsive records revealed after reasonable search therefor either have been

produced to Plaintiff or have been identified in the Declaration listing claimed exemptions, referenced above.

3. Defendant agrees to pay Plaintiff the sum of $2,000 ("the Settlement Payment") for attorneys' fees and costs in full and complete satisfaction of all claims in this action, including any claim for attorneys' fees and costs under FOIA. Defendant will immediately set in motion the procedures necessary to effect the Settlement Payment to Plaintiff.

4. This Settlement Agreement is not and shall not be construed as an admission by the Defendant of the truth of any allegation or the validity of any claim asserted in this lawsuit, or of the Defendant's liability therein. It shall be effective upon the filing hereof.

5. Based upon the foregoing, the parties in agreement, this action is hereby dismissed with prejudice by Plaintiff pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure.

Dated: April 13, 2007                                Respectfully submitted,

                                                              PETER D. KEISLER
                                                              Assistant Attorney General

                                                              JEFFREY A. TAYLOR
                                                              United States Attorney

                                                              ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                                             Assistant Director

    *John S. Miles*                          *Paul A. Dean*
JOHN S. MILES                                        PAUL A. DEAN
D.C. Bar No. 166751                                  Member of the New York Bar
WILLIAM J. OLSON                                     Trial Attorney
D.C. Bar No. 233833                                  U.S. Department of Justice
HERBERT W. TITUS                                     Civil Division
JEREMIAH L. MORGAN                                   Federal Programs Branch
William J. Olson, P.C.                               20 Massachusetts Avenue, NW, Room 6132
8180 Greensboro Drive, Suite 1070                    Washington, D.C. 20001
McLean, VA 22102-3860                                Telephone: (202) 514-1280
703-356-5070 (telephone)                             Facsimile: (202) 616-8470
703-356-5085 (fax)                                   Paul.Dean@usdoj.gov
wjo@mindspring.com (email)

Attorneys for Plaintiff                              Attorneys for Defendant

3